No. 79–5694. PARISH *v.* PARISH. Appeal from Sup. Ct. Ala. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 79–820. MINNESOTA MINING & MANUFACTURING CO. *v.* MINNESOTA, BY WILSON, COMMISSIONER, DEPARTMENT OF HUMAN RIGHTS. Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question. THE CHIEF JUSTICE and MR. JUSTICE BLACKMUN took no part in the consideration or decision of this case.

No. 79–5465. MARKOFF *v.* AMERICAN HERITAGE LIFE INSURANCE CORP. ET AL. Appeal from Sup. Ct. Nev. dismissed for want of a properly presented federal question.

No. 79–787. KAVANAGH ET AL. *v.* LONDON GROVE TOWNSHIP ET AL. Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question.

No. A–435 (79–851). CLAUSER *v.* ILLINOIS. App. Ct. Ill., 3d Dist. Application for bail, addressed to MR. JUSTICE POWELL and referred to the Court, denied.

No. A–576. CITIZENS CONCERNED FOR SEPARATION OF CHURCH AND STATE *v.* CITY AND COUNTY OF DENVER. Application to vacate stay entered by the United States Court of Appeals for the Tenth Circuit, presented to MR. JUSTICE WHITE, and by him referred to the Court, denied. MR. JUSTICE MARSHALL would grant the application.

No. A–596. IN RE OBERKOETTER. C. A. 1st Cir. Application for stay, addressed to MR. JUSTICE MARSHALL and referred to the Court, denied.